(6 Misc. Rep. 431.)

### BURKARD v. CITY OF BROOKLYN.

(City Court of Brooklyn, General Term. January 22, 1894.)

EMINENT DOMAIN—COMPENSATION—RIGHTS OF MORTGAGEE.

A mortgage made before the enactment of a statute authorizing the taking of land for the widening of the street on which the mortgaged lots abut conveys the right to an award for portion of the lots subsequently taken for the widening of such street. Engelhardt v. City of Brooklyn, 21 N. Y. Supp. 777, 3 Misc. Rep. 30, followed.

Appeal from trial term.

Action by Kate Burkard against the city of Brooklyn. From a judgment in favor of plaintiff, defendant appeals. Affirmed.

Argued before VAN WYCK and OSBORNE, JJ.

Almet F. Jenks, for appellant.
Wager & Acker, for respondent.

VAN WYCK, J.   Plaintiff sues to recover an award made for land taken in widening North Second street in this city, under an act passed April 19, 1871, (Laws 1871, c. 559.)   From a judgment in favor of plaintiff this appeal is taken.   The plaintiff's right to the award rests upon a mortgage made by the owner of the land so taken, prior to the passage of the act, and foreclosed, and the property sold thereafter.   That this operated as an assignment of the award to such purchaser has already been decided by this court. Delap v. City of Brooklyn, 3 Misc. Rep. 22, 22 N. Y. Supp. 179; Engelhardt v. City of Brooklyn, 3 Misc. Rep. 30, 21 N. Y. Supp. 777.   The trial court completely protects the defendant from subsequent mortgages to the one through which plaintiff claims title by enjoining the execution of the judgment until they shall be properly satisfied of record.   Judgment must be affirmed, with costs.

---

### BELDEN, Appellant, v. BURKE et al., Respondents.

(Supreme Court, General Term, First Department. December 15, 1893.)

Action by James J. Belden against Stevenson Burke and others.
Argued before VAN BRUNT, P. J., and FOLLETT and PARKER, JJ.
Elihu Root, for appellant.
Jas. W. Hawes, for respondents.
No opinion. Motion denied, with $10 costs. See 20 N. Y. Supp. 320; 25 N. Y. Supp. 601.

---

### BRICHANT, Appellant, v. BRONWER et al., Respondents.

(Supreme Court, General Term, First Department. December 15, 1893.)

Action by Arthur Brichant against George H. Bronwer and others.
Argued before VAN BRUNT, P. J., and FOLLETT, J.
A. Gruber, for appellant.
Carter, Lindon & Van Schaick, for respondents.
No opinion. Order affirmed, with $10 costs and disbursements.